# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SUN WEST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELINE DELANEY, *et al.*,<br><br>Defendants. | 2:13-cv-00924-JCM-VCF<br><br>**ORDER** |

Having reviewed Defendant Kenneth Templeton's Motion for Leave to Appear Telephonically for Hearing Set for – October 1, 2014- 9:00 a.m. (#70) and good cause appearing,

IT IS HEREBY ORDERED that Linda J. Kim, Esq. may appear telephonically **if local counsel is present in person at the hearing** scheduled for 9:00 a.m., October 1, 2014.  The call in conference number is 1-702-868-4911, passcode 123456.  Counsel must call in five minutes prior to the scheduled hearing time and the call must be generated from a land line.

IT IS SO ORDERED.

Dated this 30th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE