MARQUIS AURBACH COFFING
Phillip S. Aurbach, Esq., Nevada Bar No. 1501
paurbach@maclaw.com
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel: (702)382-0711
Fax: (702)382-5816

TISDALE & NICHOLSON, LLP
Kevin D. Hughes (*pro hac vice*)
khughes@t-nlaw.com
Linda J. Kim (*pro hac vice*)
lkim@t-nlaw.com
2029 Century Park East, Suite 900
Los Angeles, California 90067
Tel.: (310) 286-1260
Fax: (310) 286-2351

Attorneys for Defendant Kenneth Templeton

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SUN WEST BANK, <br><br> Plaintiff, <br> vs. <br><br> JACQUELINE DELANEY; LARRY CARTER; MARK STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEVEN KALB; JEROME SNYDER; HUGH TEMPLETON; and RICK DRESCHLER, <br><br> Defendants. | Case No. 2:13-CV-00924-JCM-(VCF) <br><br> **DEFENDANT KENNETH TEMPLETON'S MOTION FOR LEAVE TO APPEAR TELPHONICALLY FOR STATUS HEARING SET FOR –February 13, 2015 –3:30 p.m.** |

1

|   |   |   |
|---|---|---|
| 1 | Defendant Kenneth Templeton ("Defendant" or "Templeton") hereby moves for leave for his counsel Linda J. Kim to appear telephonically for the status hearing currently scheduled for February 13, 2015 at 3:30 p.m., before the Honorable Magistrate Judge Cam Ferenbach in courtroom 3D of the United States District Court for the District of Nevada located in Las Vegas, Nevada. Undersigned counsel is located in Los Angeles, California and respectfully requests leave to appear telephonically for the hearing as such telephonic appearance would not prejudice the parties or the Court in any way. |   |

   Defendant Kenneth Templeton ("Defendant" or "Templeton") hereby moves for leave for his counsel Linda J. Kim to appear telephonically for the status hearing currently scheduled for February 13, 2015 at 3:30 p.m., before the Honorable Magistrate Judge Cam Ferenbach in courtroom 3D of the United States District Court for the District of Nevada located in Las Vegas, Nevada.  Undersigned counsel is located in Los Angeles, California and respectfully requests leave to appear telephonically for the hearing as such telephonic appearance would not prejudice the parties or the Court in any way.

   For purposes of the hearing scheduled for **3:30 p.m., February 13, 2015**, the telephone number of undersigned counsel Linda J. Kim is **310-712-4645**.  The undersigned may be reached at such telephone number at the time of the hearing, or the undersigned will call in at the time to any telephone number the Court may supply.

   RESPECTFULLY SUBMITTED this 11th day of February, 2015.

DATED:  February 11, 2015

IT IS HEREBY ORDERED that the motion to appear telephonically (#85) is GRANTED. Ms. Kim is instructed to call telephone number 702-868-4911, access code: 123456, five minutes prior to the hearing time.  The court will join the call and convene the proceedings.  The call must be made on a land line.  The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  2-12-2015

TISDALE & NICHOLSON, LLP

By:   /s/ Linda J. Kim
Linda J. Kim (*pro hac vice*)
Kevin D. Hughes (*pro hac vice*)
2029 Century Park East, Suite 900
Los Angeles, CA 90067

MARQUIS AURBACH COFFING
Phillip S. Aurbach, No. 1501
10001 Park Run Drive
Las Vegas, NV 89145

Attorneys for Defendant Kenneth Templeton

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2015, pursuant to Local Rule 5-4 of the United States District Court for the District of Nevada, I served the foregoing **DEFENDANT KENNETH TEMPLETON'S MOTION FOR LEAVE TO APPEAR TELPHONICALLY FOR STATUS HEARING SET FOR –February 13, 2015 –3:30 p.m.** via electronic means to the following by electronic filing with the Clerk of the Court using the CM/ECF system:

| | |
|---|---|
| Robert McCoy, Esq.<br>Joni A. Jamison, Esq.<br>Morris Law Group<br>300 South Fourth Street, Suite 900<br>Las Vegas, NV 89101<br>rrm@morrislawgroup.com<br>jaj@morroslawgroup.com<br><br>*Attorneys for Plaintiff FDIC-Receiver for Sun West Bank* | Eric D. Olson, Esq. (pro hac vice)<br>Keith H. Fichtelman, Esq. (pro hac vice)<br>Lee, Hong, Degerman, Kang & Waimey<br>3501 Jamboree Road, Suite 6000<br>Newport Beach, CA 92660<br>eolson@lhlaw.com<br>kfichtelman@lhlaw.com<br><br>*Attorneys for Plaintiff FDIC-Receiver for Sun West Bank* |
| Aaron Snyder, Esq.<br>Law Offices of Aaron L. Snyder<br>8628 Scarsdale Drive<br>Las Vegas, NV 89117<br>aaron@asnyderlaw.com<br><br>*Attorneys for Defendants Larry Carter, Steven Kalb, Jerome Snyder, Mark Stout and Hugh Templeton* | David Duncan, Esq.<br>Duncan Law Firm<br>6200 Stoneridge Mall Road, Suite 300<br>Pleasanton, CA 94588<br>Duncan@duncanlaw.com<br><br>*Attorneys for Defendants John Shively and Rick Dreschler* |

Kevin Stolworthy, Esq.
Connor Flynn, Esq.
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

*Attorneys for Defendant Jacqueline Delaney*

Executed this 11th day of February, 2015.

/s/ Shawn Sato
An Employee of Tisdale & Nicholson, LLP

3